IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 4:26-MJ-448 |
| | § | |
| MARSHALL ELLINGTON | § | |

## ORDER APPOINTING COUNSEL FOR LIMITED PURPOSES

The above-named defendant has testified under oath, or has otherwise satisfied this court that such defendant (1) is financially unable to employ counsel, (2) wants to be represented by counsel, and (3) has not waived representation by counsel; accordingly,

It is ordered that [the Federal Public Defender's Office for this District] be and hereby is appointed pursuant to Section 3006A of Title 18, United States Code to represent the defendant named above for the limited purpose of any hearing(s) conducted in the Northern District of Texas, Fort Worth Division, and shall have no effect once the defendant is transferred to the prosecuting district. Once transferred, the prosecuting district may make a new determination on whether the defendant satisfies the requirments for appointed counsel on the information available to the court at that time.

Signed: June 5, 2026

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE