CLOSED

# U.S. District Court
## Northern District of Texas (Fort Worth)
## CRIMINAL DOCKET FOR CASE #: <u>4:26–mj–00448–BJ</u> All Defendants

| | |
|---|---|
| Case title: USA v. Ellington | Date Filed: 06/05/2026 |
| Other court case number: 1:26–MJ–052 Western District of Kentucky | Date Terminated: 06/05/2026 |

Assigned to: Magistrate Judge
Jeffrey L. Cureton

### Defendant (1)

| | | |
|---|---|---|
| **Marshall Ellington**<br>*TERMINATED: 06/05/2026* | represented by | **Eduardo Carranza–FPD**<br>Federal Public Defender<br>819 Taylor St<br>Suite 9a10<br>Fort Worth, TX 76102<br>817–978–2753<br>Email: <u>eduardo_carranza@fd.org</u><br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Federal Public Defender Appointment*<br>*Bar Status: Admitted/In Good Standing* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:875(c) Interstate Threats | |

**Plaintiff**

**USA**                                                     represented by   **Alex C Lewis–DOJ**
US Attorney's Office
801 Cherry Street
Suite 1700
Fort Worth, TX 76102–6882
817–252–5200
Fax: 817–252–5455
Email: alex.lewis@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: US Attorney's Office*
*Bar Status: Admitted/In Good Standing*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/04/2026 | | Arrest (Rule 5) of Marshall Ellington. Case Number 1:26–MJ–052 Complaint and Warrant from Western District of Kentucky. (mcrd) (Entered: 06/05/2026) |
| 06/05/2026 | 1 | ELECTRONIC Minute Entry for proceedings held before Magistrate Judge Jeffrey L. Cureton: Initial Appearance Rule 5(c) Hearing as to Marshall Ellington held on 6/5/2026. Date of Arrest: 6/4/2026 on warrant from the Western District of Kentucky;Deft executed financial affidavit; O/appointing FPD entered; Rule 5(f) admonishment give; Deft waives Rule 5(c) hearing as to identity and requests detention hearing in prosecuting district; O/commitment to prosecuting district entered; Deft remanded to custody. Attorney Appearances: AUSA – Alex Lewis; Defense – Eduardo Carranza. (No exhibits) Time in Court – :06. (Court Reporter: Digital File) (USPO Webb.) (mcrd) (Entered: 06/05/2026) |
| 06/05/2026 | 2 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Marshall Ellington. (Ordered by Magistrate Judge Jeffrey L. Cureton on 6/5/2026) (mcrd) (Entered: 06/05/2026) |
| 06/05/2026 | 3 | ELECTRONIC ORDER As to Marshall Ellington: This written order is entered pursuant to Rule 5(f)(1) of the Federal Rules of Criminal Procedure, and is entered by the court on the first scheduled court date when both the prosecutor and defense counsel are present. By this order –– issued to the prosecution and defense counsel –– the court confirms the disclosure obligations of the prosecutor under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and the possible consequences of violating such order under applicable law. Failure to do so may result in consequences such as the dismissal of the indictment or information, dismissal of individual charges, exclusion of evidence or witnesses, adverse jury instructions, contempt proceedings, and/or sanctions by the court. (Ordered by Magistrate Judge Jeffrey L. Cureton on 6/5/2026) (mcrd) (Entered: 06/05/2026) |
| 06/05/2026 | 4 | WAIVER of Rule 5(c) Hearings by Marshall Ellington (mcrd) (Entered: 06/05/2026) |
| 06/05/2026 | 5 | MOTION for Pretrial Detention filed by USA as to Marshall Ellington (mcrd) (Entered: 06/05/2026) |

| 06/05/2026 | 6 | Report of Proceedings under Rule 5(c)(3) and 5.1 as to Marshall Ellington. Defendant is removed forthwith to the district in which he is charged. Paperwork sent to Western District of Kentucky. (Ordered by Magistrate Judge Jeffrey L. Cureton on 6/5/2026) (mcrd) (Entered: 06/05/2026) |
|---|---|---|

```
MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Alex C Lewis-DOJ (alex.lewis@usdoj.gov, caseview.ecf@usdoj.gov,
janise.withers@usdoj.gov, michelle.thom@usdoj.gov, paula.a.smith@usdoj.gov,
sierra.thomas@usdoj.gov, victoria.anderson@usdoj.gov), Magistrate Judge Jeffrey L. Cureton
(james_schnurr@txnd.uscourts.gov, judge_cureton_ecfdocs@txnd.uscourts.gov,
kaylee_maxon@txnd.uscourts.gov, kristi_verna@txnd.uscourts.gov)
--Non Case Participants: Probation Office (txnp_edocs-pro@txnp.uscourts.gov), U.S.
Marshals Office (usms-txn-courtdocket@usdoj.gov)
--No Notice Sent:

Message-Id:17194653@txnd.uscourts.gov
Subject:Activity in Case 4:26-mj-00448-BJ USA v. Ellington Arrest - Rule 5/32.1/40
Content–Type: text/html
```

**If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: <u>Judges' Copy Requirements.</u> Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. <u>Forms and Instructions</u> found at <u>www.txnd.uscourts.gov</u>. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.**

## U.S. District Court

## Northern District of Texas

## Notice of Electronic Filing

The following transaction was entered on 6/5/2026 at 4:22 PM CDT and filed on 6/4/2026

| | |
|---|---|
| **Case Name:** | USA v. Ellington |
| **Case Number:** | <u>4:26–mj–00448–BJ</u> |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Arrest (Rule 5) of Marshall Ellington. Case Number 1:26–MJ–052 Complaint and Warrant from Western District of Kentucky. (mcrd)**

**4:26–mj–00448–BJ–1 Notice has been electronically mailed to:**

Alex C Lewis–DOJ     alex.lewis@usdoj.gov, CaseView.ECF@usdoj.gov, Janise.Withers@usdoj.gov, Paula.A.Smith@usdoj.gov, Victoria.Anderson@usdoj.gov, michelle.thom@usdoj.gov, sierra.thomas@usdoj.gov

**4:26–mj–00448–BJ–1 The CM/ECF system has NOT delivered notice electronically to the names listed below. The clerk's office will serve notice of court Orders and Judgments by mail as required by the federal rules. An attorney/pro se litigant is cautioned to carefully follow the federal rules (see FedRCivP 5) with regard to service of any document the attorney/pro se litigant has filed with the court. The clerk's office will not serve paper documents on behalf of an attorney/pro se litigant.**

```
MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Eduardo Carranza-FPD (alejandro_morales@fd.org,
belinda_partida@fd.org, christie_mills@fd.org, dorothy_tyler@fd.org,
eduardo_carranza@fd.org, neomi_lozada@fd.org, sara_nunez@fd.org, txn_ftw_sealed@fd.org),
Alex C Lewis-DOJ (alex.lewis@usdoj.gov, caseview.ecf@usdoj.gov, janise.withers@usdoj.gov,
michelle.thom@usdoj.gov, paula.a.smith@usdoj.gov, sierra.thomas@usdoj.gov,
victoria.anderson@usdoj.gov), Magistrate Judge Jeffrey L. Cureton
(james_schnurr@txnd.uscourts.gov, judge_cureton_ecfdocs@txnd.uscourts.gov,
kaylee_maxon@txnd.uscourts.gov, kristi_verna@txnd.uscourts.gov)
--Non Case Participants: Probation Office (txnp_edocs-pro@txnp.uscourts.gov)
--No Notice Sent:

Message-Id:17194669@txnd.uscourts.gov
Subject:Activity in Case 4:26-mj-00448-BJ USA v. Ellington Initial Appearance
```
Content–Type: text/html

**If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: <u>Judges' Copy Requirements.</u> Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. <u>Forms and Instructions</u> found at <u>www.txnd.uscourts.gov</u>. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.**

### U.S. District Court

### Northern District of Texas

## Notice of Electronic Filing

The following transaction was entered on 6/5/2026 at 4:25 PM CDT and filed on 6/5/2026

| | |
|---|---|
| **Case Name:** | USA v. Ellington |
| **Case Number:** | <u>4:26–mj–00448–BJ</u> |
| **Filer:** | |
| **Document Number:** | 1(No document attached) |

**Docket Text:**
 **ELECTRONIC Minute Entry for proceedings held before Magistrate Judge Jeffrey L. Cureton: Initial Appearance Rule 5(c) Hearing as to Marshall Ellington held on 6/5/2026. Date of Arrest: 6/4/2026 on warrant from the Western District of Kentucky;Deft executed financial affidavit; O/appointing FPD entered; Rule 5(f) admonishment give; Deft waives Rule 5(c) hearing as to identity and requests detention hearing in prosecuting district; O/commitment to prosecuting district entered; Deft remanded to custody. Attorney Appearances: AUSA – Alex Lewis; Defense – Eduardo Carranza. (No exhibits) Time in Court – :06. (Court Reporter: Digital File) (USPO Webb.) (mcrd)**

**4:26–mj–00448–BJ–1 Notice has been electronically mailed to:**

Alex C Lewis–DOJ     alex.lewis@usdoj.gov, CaseView.ECF@usdoj.gov, Janise.Withers@usdoj.gov, Paula.A.Smith@usdoj.gov, Victoria.Anderson@usdoj.gov, michelle.thom@usdoj.gov, sierra.thomas@usdoj.gov

Eduardo Carranza–FPD　　eduardo_carranza@fd.org, Alejandro_Morales@fd.org, Belinda_Partida@fd.org, Christie_Mills@fd.org, Dorothy_Tyler@fd.org, Neomi_Lozada@fd.org, Sara_Nunez@fd.org, TXN_FTW_SEALED@fd.org

**4:26–mj–00448–BJ–1 The CM/ECF system has NOT delivered notice electronically to the names listed below. The clerk's office will serve notice of court Orders and Judgments by mail as required by the federal rules. An attorney/pro se litigant is cautioned to carefully follow the federal rules (see FedRCivP 5) with regard to service of any document the attorney/pro se litigant has filed with the court. The clerk's office will not serve paper documents on behalf of an attorney/pro se litigant.**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 4:26-MJ-448 |
| | § | |
| MARSHALL ELLINGTON | § | |

## ORDER APPOINTING COUNSEL FOR LIMITED PURPOSES

The above-named defendant has testified under oath, or has otherwise satisfied this court that such defendant (1) is financially unable to employ counsel, (2) wants to be represented by counsel, and (3) has not waived representation by counsel; accordingly,

It is ordered that [the Federal Public Defender's Office for this District] be and hereby is appointed pursuant to Section 3006A of Title 18, United States Code to represent the defendant named above for the limited purpose of any hearing(s) conducted in the Northern District of Texas, Fort Worth Division, and shall have no effect once the defendant is transferred to the prosecuting district. Once transferred, the prosecuting district may make a new determination on whether the defendant satisfies the requirments for appointed counsel on the information available to the court at that time.

Signed: June 5, 2026

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

7

```
MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Alex C Lewis-DOJ (alex.lewis@usdoj.gov, caseview.ecf@usdoj.gov,
janise.withers@usdoj.gov, michelle.thom@usdoj.gov, paula.a.smith@usdoj.gov,
sierra.thomas@usdoj.gov, victoria.anderson@usdoj.gov), Eduardo Carranza-FPD
(alejandro_morales@fd.org, belinda_partida@fd.org, christie_mills@fd.org,
dorothy_tyler@fd.org, eduardo_carranza@fd.org, neomi_lozada@fd.org, sara_nunez@fd.org,
txn_ftw_sealed@fd.org), Magistrate Judge Jeffrey L. Cureton
(james_schnurr@txnd.uscourts.gov, judge_cureton_ecfdocs@txnd.uscourts.gov,
kaylee_maxon@txnd.uscourts.gov, kristi_verna@txnd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:17194693@txnd.uscourts.gov
Subject:Activity in Case 4:26-mj-00448-BJ USA v. Ellington Rule 5(f)(1) Order
Content–Type: text/html
```

**If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: Judges' Copy Requirements. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.**

### U.S. District Court

### Northern District of Texas

## Notice of Electronic Filing

The following transaction was entered on 6/5/2026 at 4:28 PM CDT and filed on 6/5/2026

| | |
|---|---|
| **Case Name:** | USA v. Ellington |
| **Case Number:** | 4:26–mj–00448–BJ |
| **Filer:** | |
| **Document Number:** | 3(No document attached) |

**Docket Text:**
 **ELECTRONIC ORDER As to Marshall Ellington:**

**This written order is entered pursuant to Rule 5(f)(1) of the Federal Rules of Criminal Procedure, and is entered by the court on the first scheduled court date when both the prosecutor and defense counsel are present.**

**By this order –– issued to the prosecution and defense counsel –– the court confirms the disclosure obligations of the prosecutor under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and the possible consequences of violating such order under applicable law. Failure to do so may result in consequences such as the dismissal of the indictment or information, dismissal of individual charges, exclusion of evidence or witnesses, adverse jury instructions, contempt proceedings, and/or sanctions by the court. (Ordered by Magistrate Judge Jeffrey L. Cureton on 6/5/2026) (mcrd)**

**4:26−mj−00448−BJ−1 Notice has been electronically mailed to:**

Alex C Lewis−DOJ    alex.lewis@usdoj.gov, CaseView.ECF@usdoj.gov, Janise.Withers@usdoj.gov, Paula.A.Smith@usdoj.gov, Victoria.Anderson@usdoj.gov, michelle.thom@usdoj.gov, sierra.thomas@usdoj.gov

Eduardo Carranza−FPD    eduardo_carranza@fd.org, Alejandro_Morales@fd.org, Belinda_Partida@fd.org, Christie_Mills@fd.org, Dorothy_Tyler@fd.org, Neomi_Lozada@fd.org, Sara_Nunez@fd.org, TXN_FTW_SEALED@fd.org

**4:26−mj−00448−BJ−1 The CM/ECF system has NOT delivered notice electronically to the names listed below. The clerk's office will serve notice of court Orders and Judgments by mail as required by the federal rules. An attorney/pro se litigant is cautioned to carefully follow the federal rules (see FedRCivP 5) with regard to service of any document the attorney/pro se litigant has filed with the court. The clerk's office will not serve paper documents on behalf of an attorney/pro se litigant.**

# United States District Court

## NORTHERN DISTRICT OF TEXAS AT FORT WORTH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | **WAIVER OF RULE 5(c) HEARINGS** |
| | § | **(Excluding Probation Cases)** |
| V. | § | |
| | § | |
| MARSHALL ELLINGTON | § | **CASE NUMBER: 4:26-MJ-448** |

I, Marshall Ellington, understand that in the Western District of Kentucky, charges are pending, and I have been arrested in this District and taken before a United States Magistrate Judge who informed me of, the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(X)   identity hearing

(  )   preliminary examination

I HEREBY REQUEST THAT MY PRELIMINARY AND DETENTION HEARING BE

(X)   held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

(  )   held in this district.

_____
Defendant

June 5, 2026

_____
Defense Counsel

10

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

ORIGINAL

UNITED STATES OF AMERICA

v.

No. 4:26-MJ-448-BJ

MARSHALL ELLINGTON (01)

### GOVERNMENT'S MOTION FOR PRETRIAL DETENTION

The United States moves for pretrial detention of the defendant pursuant to 18 U.S.C. §§ 3142(e) and (f).

    **1. Eligibility of Case:** This case is eligible for a detention order because the case involves:

- ☐ Crime of violence [18 U.S.C. § 3156]
- ☐ Maximum sentence of LIFE imprisonment or death
- ☐ Controlled Substance offense punishable by 10 or more years
- ☐ Felony with 2 prior convictions in above categories
- ☐ Felony involving a minor victim
- ☐ Felony involving the possession or use of a firearm, destructive device, or other dangerous weapon
- ☐ Felony involving a failure to register under 18 U.S.C. § 2250
- ☒ Serious risk that the Defendant will flee
- ☒ Serious risk that Defendant will obstruct justice

    **2. Reason for Detention.** The Court should detain the Defendant because there are no conditions of release which would reasonably assure:

☒    Defendant's appearance as required   ☒   The safety of the community   ☒   The safety of another person

    **3.** The United States **will not** invoke the rebuttable presumption against the Defendant because: there is probable cause to believe that the Defendant has committed:

- ☐ A Controlled Substance Offense punishable by 10 or more years imprisonment
- ☐ A firearms offense under Title 18, United States Code, Section 924(c)
- ☐ A federal crime of terrorism punishable by 10 or more years imprisonment
- ☐ A Felony -listed in 18 U.S.C. § 3142(e) - involving a minor victim
- ☐ A Felony involving a failure to register under 18 U.S.C. § 2250
- ☐ The Defendant has previously been convicted of an offense described in 18 USC § 3142(f)(1) which was committed while the Defendant was released on bond pending trial for any offense and less than 5 years have elapsed since the latter of the defendant's conviction or date of release from imprisonment for such conviction.

    **4. Time for Detention Hearing.** The United States requests the Court to conduct the detention hearing

☐   at the Defendant's first appearance        ☒    After a continuance of _3_ days.

                                     Respectfully submitted,

                                     RYAN RAYBOULD
                                     UNITED STATES ATTORNEY

                                     ALEX C. LEWIS
                                     Assistant United States Attorney
                                     Missouri State Bar No. 47910
                                     801 Cherry Street, Suite 1700
                                     Fort Worth, Texas 76102
                                     Telephone: 817-252-5200
                                     Fax: 817-252-5455
                                     Email: Alex.Lews@usdoj.gov

### CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the above pleading was this day served upon the Defendant or his counsel of record in accordance with the provisions of Rule 49 of the Federal Rules of Criminal Procedure.

                 DATE: June 5, 2026

                                     ALEX C. LEWIS
                                     Assistant United States Attorney

AO 94  (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

Northern _____ District of _____ Texas at Fort Worth

| UNITED STATES OF AMERICA<br>V.<br><br>MARSHALL ELLINGTON | COMMITMENT TO ANOTHER<br>DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 1:26-MJ-052 | 4:26-MJ-448 | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment    ☐ Information    ☒ Complaint    ☐ Other (specify)    ☐ Petition

charging a    18    U.S.C.    875(c)

**DISTRICT OF OFFENSE**
Western District of Kentucky

**DESCRIPTION OF CHARGES:**

Interstate threats

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| **Representation:** | ☐ Retained Own Counsel | ☒ Federal Defender Organization | ☐ CJA | ☐ | None |
|---|---|---|---|---|---|

**Interpreter Required?**    ☒ No    ☐ Yes    Language:

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

   You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

_____ June 5, 2026 _____    _____
Date    Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

12